NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMAAL R. JENKINS,                              )
a/k/a JAMAAL RASHAD JENKINS,                    )
                                                )
        Appellant,                              )
                                                )
v.                                              )       Case No. 2D16-5219
                                                )
STATE OF FLORIDA,                               )
                                                )
        Appellee.                               )
                                                )
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ashley Moody, Judge.

Rachael E. Bushey of O'Brien & Hatfield,
P.A, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.